E. BRYAN WILSON
Acting United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:20-cr-00102-TMB-MMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| RONALD MCCURRY, | ) |
| | ) |

**JOINT STATUS REPORT**

     COMES NOW the United States of America by and through the United States Attorney and undersigned counsel, files this joint status report with the court. The Court's Miscellaneous General Order 21-10 orders the parties to file a joint status report in all pending criminal matters before April 9, 2021. The undersigned conferred with T. Burke Wonnell, counsel for the defendant, regarding the status of this case on April 2, 2021.

Due to the complex nature of this case, Mr. McCurry's Final Pretrial Conference and Trial by Jury are scheduled for October 18, 2021 with a status hearing in July. (Docket 18). The parties agree those dates should remain as scheduled.

RESPECTFULLY SUBMITTED April 2, 2021, at Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2021, a copy of the foregoing was served electronically on:

T. Burke Wonnell

s/ Christina Sherman
Office of the U.S. Attorney

U.S. v. Ronald McCurry
3:20-cr-102-TMB-MMS		Page **2** of **2**

Case 3:20-cr-00102-TMB-MMS   Document 19   Filed 04/02/21   Page 2 of 2