IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00102-TMB-MMS |
| Plaintiff, | |
| vs. | |
| RONALD MCCURRY, | |
| Defendant. | |

**ORDER**

Having considered the United States' Motion to Dismiss Indictment against the above defendant, the motion is hereby **GRANTED**. The Indictment in this case is hereby **DISMISSED**.

**IT IS SO ORDERED**.

DATED this 9th day of August, 2023, in Anchorage, Alaska.


/s/ *Timothy M. Burgess*
UNITED STATES DISTRICT JUDGE